UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESSIE JONES, III,

    Plaintiff,

v.                                                                              Case No. 8:22-cv-134-CPT

KILOLO KIJAKAZI,
Acting Commissioner of Social Security
Administration,

    Defendant.
_____/

# **O R D E R**

    Before the Court is *Defendant[ Commissioner]'s Unopposed Motion for Entry of Judgment with Remand*. (Doc. 21). By way of her motion, the Commissioner requests that this case be remanded pursuant to sentence four of 42 U.S.C. § 405(g) so that:

> the Appeals Council [can] instruct the ALJ to give further consideration to the opinion evidence; give further consideration to Plaintiff's maximum residual functional capacity; obtain evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base; offer Plaintiff the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

(Doc. 21 at 1). The Commissioner also represents that the Plaintiff does not object to this relief. *Id.*

Sentence four of section 405(g) provides that a "court shall have [the] power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner . . . with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). In a sentence four remand, the appropriate procedure is for a court to enter a final judgment in the claimant's favor. *Shalala v. Schaefer*, 509 U.S. 292, 296–97 (1993); *Jackson v. Chater*, 99 F.3d 1086, 1095 (11th Cir. 1996).

In light of the above, it is hereby ORDERED:

1. *Defendant[ Commissioner]'s Unopposed Motion for Entry of Judgment with Remand* (Doc. 21) is granted.

2. The Commissioner's decision is reversed and remanded for further proceedings before the SSA consistent with this Order.

3. The Clerk of Court is directed to enter Judgment in the Plaintiff's favor and to close the case.

4. The matter of attorney's fees and costs shall be addressed upon further motion in accordance with the Court's Standing Order in *In re: Administrative Orders of the Chief Judge*, Case No. 3:21-mc-1-TJC (Doc. 43) (M.D. Fla. Dec. 7, 2021).

SO ORDERED in Tampa, Florida, this 20th day of September 2022.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record